**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-119-LDG-(RJJ) |
| ) | |
| JOSEPH DOMINGUEZ, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On January 5, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant JOSEPH DOMINGUEZ to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant JOSEPH DOMINGUEZ pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 33; Plea Memorandum, ECF No. 34; Preliminary Order of Forfeiture, ECF No. 35.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 8, 2012, through March 8, 2012, further notifying all known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the

Court. Notice of Filing Proof of Publication, ECF No. 36. Notice of Filing Service of Process, ECF No. 40.

On April 16, 2012, Daniel Haneline was served by certified mail and regular mail with a Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. 40, p. 2-20.

On July 8, 2013, a Petition, Stipulation for Return of Property, and Order as to Daniel Haneline was filed with the Court. Petition, Stipulation for Return of Property, and Order, ECF No. 56.

On July 9, 2013, the Court granted the Petition, Stipulation for Return of Property, and Order as to Daniel Haneline. Order, ECF No. 58.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

  a.  a Ruger, model P95, 9mm pistol, serial # 31690074; and

  b.  any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED this 12 day of July 2013.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE